UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAENZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | No. 2: 19-cv-1262 KJM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

On September 23, 2019, the undersigned issued an order finding that plaintiff's complaint stated potentially colorable claims against defendants Kendall and Negrete for excessive force in violation of the Eighth Amendment. (ECF No. 7.) The undersigned dismissed, with leave to amend, the claims against defendants Hough, June, Coder and Fregoso. (Id.) The undersigned also dismissed, with leave to amend, the claims against defendants Negrete, O'Boyle, Kendall, Green and King based on the alleged confiscation of plaintiff's property. (Id.) The undersigned granted plaintiff thirty days to file either an amended complaint or return the notice for service of the potentially colorable Eighth Amendment claims against defendants Kendall and Negrete. (Id.)

On September 24, 2019, the Clerk of the Court re-served plaintiff with the September 23, 2019 order. Thirty days passed from September 24, 2019, and plaintiff did not file an amended

complaint or return the notice for service of the potentially colorable Eighth Amendment claims against defendants Kendall and Negrete.

According, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Saenz1262.fusm